

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00317-CV

MARCUS J. PAYNE                                                    APPELLANT

V.

ABSOLUTE SECURITY SERVICES,                                        APPELLEE
INC.

------------

## FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We received appellant's initial brief on October 13, 2011, and we notified appellant by letter on October 14, 2011, that his brief did not comply with rules of appellate procedure 9.4(h) and 38.1(d), (g), and (k). We directed appellant to file an amended brief within ten days. We sent a second notice on November 2, 2011. Appellant did not respond to either notice.

---

[1]*See* Tex. R. App. P. 47.4.

Because we did not receive an amended brief from appellant or a reasonable explanation for his failure to file an amended brief, we strike appellant's brief and dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3(c), 43.2(f).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  December 8, 2011